

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

August 5, 2015

Ms. LaDelle Abilez
Official Court Reporter
200th Judicial District Court
P. O. Box 1748
Austin, TX 78767-1748
* DELIVERED VIA E-MAIL *

RECEIVED

AUG 2 4 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

RE:  Court of Appeals Number:   03-14-00797-CV
     Trial Court Case Number:   D-1-GN-14-001263

Style:  Darrell J. Harper
        v. State of Texas Commission on Jail Standards et al.


Dear Ms. LaDelle Abilez:

The reporter's record was due in this Court on **Tuesday, January 13, 2015** and is overdue. Please tender the record for filing no later than **Monday, August 17, 2015**. If you cannot meet this deadline, please advise the Court **in writing** explaining the reason for the delay and giving your best estimate of when the reporter's record will be complete. If the record is not filed by **Monday, August 17, 2015**, the matter will be referred to the Court for an order. *See* Tex. R. App. P. 37.3(a).


Very truly yours,

JEFFREY D. KYLE, CLERK


BY: *Amy Strother*
        Amy Strother, Deputy Clerk



cc:  Mr. Kyle Smith
     Darrell J. Harper



## COURT OF APPEALS

### THIRD DISTRICT
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

US POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401623 AUG 06 2015
$ 000.41⁶

R/S on unit

NIXIE    7770520651-1N    08/19/15

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

RECEIVED
AUG 2 4 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE